UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH MCCONNELL,<br>     Plaintiff<br><br>     v.<br><br>NATIONWIDE MUTUAL<br>INSURANCE COMPANY,<br>     Defendant | :<br>:<br>:<br>:  No. 5:21-cv-04523<br>:<br>:<br>:<br>: |

**O R D E R**

**NOW**, this 31st day of March, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 8, is **GRANTED**.

2. Count II, Bad Faith, is **DISMISSED with prejudice**.

3. **Within fourteen days of the date of this Order**, Defendant shall file an answer to Count I of the Amended Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge